UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LOWLY PIERRE,

                      Plaintiff,

      -against-

RAMAPO MANOR NURSING CENTER, INC.,

                      Defendant.

------------------------------------------------------------------x

Case No.: 24-CV-05778 (PMH)

## ORDER OF ADJOURNMENT

      Defendant Ramapo Manor Nursing Center, Inc. ("Defendant"), with consent of Plaintiff Lowly Pierre ("Plaintiff"), by letter dated November 26, 2024, requested adjournment of the December 5, 2024 Initial Case Management and Scheduling Conference. The December 5, 2024 Initial Case Conference is adjourned until December 16, 2024 at 3:00 p.m.

      The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 13.

IT IS SO ORDERED.

Dated: November 27, 2024
       White Plains, New York

Entered: _____
              Honorable Philip M. Halpern
              United States District Judge

4905-2503-8081, v. 1