# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

January 17, 2025

> Application granted. The parties shall, by February 3, 2025, file their joint *Cheeks* submission and fully executed settlement agreement.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 21.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 21, 2025

<u>Re: Pierre v. Ramapo Manor Nursing Center, Inc.</u>
Case No: 24-CV-05778 (PMH)(VR)
**Motion for Extension of Time**

Dear Judge Halpern:

      My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 20, 2025 deadline for the plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement papers. No prior request for an extension of this deadline was made.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

1