# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

February 3, 2025

---

> **Application granted**
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 23.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 4, 2025

---

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>Pierre v. Ramapo Manor Nursing Center, Inc.</u>
Case No: 24-CV-05778 (PMH)(VR)
**Motion for Extension of Time**

Dear Judge Halpern:

      My firm represents Plaintiff in the above-referenced action, and I respectfully write, on behalf of the parties, to request a brief two-week extension of the February 3, 2025 deadline for the plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement papers – the parties have made some progress since the last request and it appears that Defendant needs some additional time to review certain changes. One prior request for an extension of this deadline was made and granted.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,


Abdul Hassan Law Group, PLLC
 /s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**