# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, NY

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

February [date]

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 25.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 18, 2025

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

<u>Re: Pierre v. Ramapo Manor Nursing Center, Inc.</u>
Case No: 24-CV-05778 (PMH)(VR)
**Motion for Extension of Time**

Dear Judge Halpern:

My firm represents Plaintiff in the above-referenced action, and I respectfully write, on behalf of the parties, to request a brief two-week extension of the February 17, 2025 deadline for the plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to arrange for signatures and submission to the Court. Two prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

1