# Abdul Hassan Law Group, PLLC
## 215-28 Hill
## Queens Village,

Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 27.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         March 4, 2025

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

March

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

<u>**Re: Pierre v. Ramapo Manor Nursing Center, Inc.**</u>
**Case No: 24-CV-05778 (PMH)(VR)**
**Motion for Extension of Time**

Dear Judge Halpern:

My firm represents Plaintiff in the above-referenced action, and I respectfully write, on behalf of the parties, to request a brief two-week extension of the March 3, 2025 deadline for the plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed in light of another matter that has created some complications as of now. Three prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,


Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc: Defense counsel via ECF**

1